UNITED STATES *versus* LOUIS DEQUINDRE AND TIMOTHY DEQUINDRE. 

JOURNAL ENTRIES: (1) Nov. 16, 1825: rule to bring bodies; (2) Dec. 9, 1825: rule to plead; (3) Nov. 6, 1826: motion for judgment by default

granted, "amount to be liquidated by the clerk," amount "liquidated," judgment.

PAPERS IN FILE (1825–27): (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) declaration; (6) precipe for ca. sa.; (7) writ of ca. sa. and return.

*File No.* 7 of 1825.